## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **TREYSIER MIKAEL LAPALME,** | ) |
| **Petitioner,** | ) ) ) |
| v. | ) ) **Case No. CIV-20-1095-G** |
| | ) ) |
| **UNITED STATES OF AMERICA,** | ) ) |
| **Respondent.** | ) |

### ORDER

Petitioner Treysier Mikael LaPalme, a federal prisoner, filed this action "to correct term of imprisonment pursuant to 28 U.S.C. § 2241." *See* Pet. (Doc. No. 1). In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Gary M. Purcell for preliminary review.

On November 16, 2020, Judge Purcell issued a Report and Recommendation (Doc. No. 4), in which he recommended the habeas petition be dismissed due to a lack of statutory jurisdiction. In the Report and Recommendation, Judge Purcell advised Petitioner of his right to object to the Report and Recommendation by December 7, 2020. Judge Purcell also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the Report and Recommendation.

As of this date, Petitioner has not submitted any objection to the Report and Recommendation or sought leave for additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 4) is ADOPTED in its entirety.  This action is DISMISSED without prejudice for lack of jurisdiction.  A separate judgment shall be entered.

IT IS SO ORDERED this 22nd day of December, 2020.

CHARLES B. GOODWIN
United States District Judge